485 A.2d 392

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant**

v.

**STANDARD INVESTMENTS CORPORATION.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1984.

Decided Dec. 14, 1984.

Spencer A. Manthorpe, Chief Counsel, Scott M. Olin, Philadelphia, for appellant.

Charles K. Serine, Reading, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER- MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Order affirmed.